**David L. DELAUNAY, Petitioner,**

v.

**DEPARTMENT OF the NAVY, Respondent.**

No. 2007–3280.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2007.

Venetia K. Carpenter–Asui, A Law Corporation, of Honolulu, HI, argued for petitioner.

Hillary A. Stern, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Peter D. Keisler, Acting Attor-

---

ney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Assistant Director.

Before LINN, DYK, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.